JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LLOYD GARCIA, | ) | Case No.  CV 13-1622-ODW (DTB) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| E. VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that petitioner's ex post facto claim is dismissed without prejudice, and petitioner's remaining claims are dismissed with prejudice.

DATED: February 18, 2014

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1